IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff/Respondent,**

  vs.                                    **NO.  CV - 08 - 890 JC/WDS**
                                            **NO.  CR - 04 - 919 JC**

**RUBEN JARAMILLO,**

        **Defendant/Petitioner**

### ORDER

      **THIS MATTER** came before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 and amendment thereto.  (Documents No. 1, 3) Respondent filed a response in opposition to the motion.  (Document No. 11)  Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which Petitioner filed no objections, and being otherwise fully advised, I find that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

      **WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

      **IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 is **DENIED** and this matter is dismissed.

                                                          **JOHN EDWARDS CONWAY**
                                                           **Senior United States District Judge**